PETER E. BRIXIE, Bar #124186
Attorney at Law
410 Twelfth Street, Suite One
Sacramento, CA 95814
Telephone: (916) 658-1880 Fax: (916) 658-1884
peterbrixie@gmail.com

Attorney for SALVADOR RAMIREZ

UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| SALVADOR RAMIREZ, | Case No.: 2: 15-CV-01043-CMK |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER EXTENDING TIME TO FILE AND SERVE MOTION** |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file a motion for summary judgment in the above-referenced case is hereby extended to the new filing date of November 16, 2015. The extension is needed due to press of business in plaintiff's attorney's office.

This is the 1st request for extension by plaintiff.


Dated:  10/12/15                                   /s/ Peter  Brixie
                                                   PETER E. BRIXIE
                                                   Attorney at Law
                                                   Attorney for Plaintiff


Dated:  10/12/15                     By:     /s/ Francesco P. Benavides
                                             FRANCESCO P. BENAVIDES
                                             Special Assistant U. S. Attorney
                                             Attorney for Defendant


                              __ooo__

                    APPROVED AND SO ORDERED



Dated:  October 21, 2015

                                   CRAIG M. KELLISON
                                   UNITED STATES MAGISTRATE JUDGE